THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>DARRIN MYLES HARTLEY,<br><br>              Defendant. | CASE NO. CR20-0152-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Darrin Hartley's unopposed motion to continue the trial and the pretrial motions deadline (Dkt. No. 19). Mr. Hartley is charged with one count of Possession of Controlled Substances with Intent to Distribute. (Dkt. No. 9.) He now moves to continue the trial, currently scheduled for May 24, 2021, to September 7, 2021 and asks the Court to establish a pretrial motions deadline of August 6, 2021. (Dkt. No. 19 at 1.) The Court previously continued trial from November 16, 2020 to May 24, 2021 because of the impact of the COVID-19 pandemic on the Court's ability to proceed with in-person jury trials. (*See* Dkt. No. 14.) Defendant seeks an additional continuance to allow time for counsel to review recently produced discovery, fully investigate new allegations by the Government, provide defense counsel an opportunity to discuss his findings with Defendant, and to explore resolution of the matter short of trial. (Dkt. No. 19 at 2.)

For all the reasons set forth in Defendant's motion and this Order, the Court FINDS that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and Mr. Hartley's right to a speedy trial and therefore CONTINUES trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further FINDS:

1. The failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).
2. The additional time requested is a reasonable period of delay, as Defendant has requested more time to review recently received discovery, investigate new allegations, prepare his defense, and prepare for trial.

Therefore, it is hereby ORDERED that the motion to continue the trial is GRANTED. Trial in this matter is CONTINUED to September 7, 2021. Pretrial motions shall be filed with the Court no later than August 6, 2021. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time from the current trial date to the new trial date is excluded in the computation of time under the Speedy Trial Act, as this is a reasonable period of delay.

DATED this 3rd day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE